**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


IN THE MATTER OF: SUSAN KORSNES : No. 14 WM 2022
MOTION FOR EXTENSION PURSUANT :
TO RULE 311 :


## ORDER


**PER CURIAM**

     **AND NOW**, this 11th day of May, 2022, the Petition/Motion for Extension to Practice Law Pursuant to Pa.B.A.R. 311(g) is GRANTED, IN PART. To afford Attorney Susan Korsnes time to seek full admission to the Pennsylvania Bar via reciprocity, *see* Pa.B.A.R. 204, her temporary admission per Bar Admission Rule 311 is extended until November 14, 2022.